**Exhibit A to the Complaint**

**Location:** San Ramon, CA
**Total Works Infringed:** 30

**IP Address:** 107.3.148.59
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash:<br>673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 09-07-2021<br>02:38:07 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 2 | Info Hash:<br>978BB5B4FE80AC5DE5D635DDA303EDB8714F6725<br>File Hash:<br>B34305CD560E6A892807F09FBC9BF46107CF8C85787B9A16B0C805684A0B706D | 09-05-2021<br>13:52:31 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 3 | Info Hash:<br>5AF8BDB7BB936BEB5C251399D8B1C5BC9E64235C<br>File Hash:<br>F307B51605F9F545AA17537F8AA95577C275804D38C1A037578DCCAA567EB268 | 08-24-2021<br>07:33:11 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 4 | Info Hash:<br>6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash:<br>985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 08-05-2021<br>22:06:56 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 5 | Info Hash:<br>25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash:<br>523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 07-28-2021<br>16:28:58 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 6 | Info Hash:<br>41FB2CBF966E46F22A25FD76BDD410A8471049EC<br>File Hash:<br>DD4417468B662B9827290D264D5B54C111AC890547FBCB6ABBD60102A932603B | 07-07-2021<br>00:10:59 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 7 | Info Hash:<br>E690B448EC93CA562A4C40ECD91071E58A75F02C<br>File Hash:<br>67865654BEBDEF2801097148C685569079FEB90E3E2A416EAEB8888095840A12 | 05-28-2021<br>17:47:12 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 8 | Info Hash:<br>42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash:<br>2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 05-26-2021<br>05:11:34 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash:<br>641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 05-05-2021<br>04:50:09 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 10 | Info Hash:<br>5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash:<br>86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 04-26-2021<br>06:09:58 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 11 | Info Hash:<br>36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash:<br>708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 04-26-2021<br>06:08:35 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 12 | Info Hash:<br>937A7E82157326EF5E7CD36C86A0A0EDACC0FF5F<br>File Hash:<br>F25B5FBD8E3FF914599D16AB4902E1E3C75E1BABBCCCFAFA1F2ACB124563B9DE | 04-26-2021<br>06:08:13 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 13 | Info Hash:<br>6D1A75568F5FD969F309E9D3B4962D54EE537DBE<br>File Hash:<br>8819078D096F48944410216299128FB551BC6F20DB984F5D6559FD8D3553BAB9 | 04-12-2021<br>03:33:19 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 14 | Info Hash:<br>4762B207E12798B5BA2DDD00B902201C9FD4EA23<br>File Hash:<br>A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 04-12-2021<br>03:31:37 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 15 | Info Hash:<br>710330E23E5B1C4E8B039D2EA404288627E4B956<br>File Hash:<br>C467D60D494103CEA486BB7DA4901CF0269217460BB0C1C3D17674B9CBA9122C | 04-12-2021<br>03:31:30 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 16 | Info Hash:<br>E99423C73146CABA22B64FF972FDB3B66BC6D81C<br>File Hash:<br>8852896000A54989467CAFC490427488EC8C572DE303EF5E41E903903FADC3E6 | 04-12-2021<br>03:17:18 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 17 | Info Hash:<br>7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash:<br>4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 04-12-2021<br>03:16:41 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash:<br>367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 04-12-2021<br>03:15:54 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 19 | Info Hash:<br>6C0E1FB88038092CAB0AE05234C54A15CF40E0A1<br>File Hash:<br>94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 02-24-2021<br>22:39:47 | Blacked<br>Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 20 | Info Hash:<br>0AC75990739A686B555938ABFD3276F73FF69DFF<br>File Hash:<br>2CA5AA073582E71D9492E7E3E529F4816734EFC58D3451C35339EE6074EEA6F0 | 02-16-2021<br>22:17:37 | Blacked<br>Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 21 | Info Hash:<br>A0DF9B9AE5B75252799CFA14E89C8F987A0AFCC3<br>File Hash:<br>86FBB464007969B5BE76E43F90C14A2A21AD5B94DBCC4571932050BAD40548DC | 02-16-2021<br>22:17:19 | Blacked<br>Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 22 | Info Hash:<br>8ACEAF6E063E20FA8AD60011A276B2DBD6C48825<br>File Hash:<br>2E1AFE54A00CA51231905F46DB377AB5DC9912A59804A27F71D87D48877B6901 | 02-16-2021<br>02:24:44 | Blacked<br>Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 23 | Info Hash:<br>2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash:<br>EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 01-31-2021<br>19:15:38 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 24 | Info Hash:<br>49635DA350CACC630E1B30CD5322C3D7C3183F00<br>File Hash:<br>F0E3996AEC8F14108B8BABA8B149E40794710E3EC09D3EBB2C7F6CE122ED929A | 01-14-2021<br>06:01:30 | Blacked<br>Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 25 | Info Hash:<br>2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash:<br>33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 01-14-2021<br>06:00:19 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 26 | Info Hash:<br>6B7795CF719B9927D744D0D03814BBC5D3319BDB<br>File Hash:<br>68BEF7983F5232244D16B6167980E378DC55330CDA3D3D38799498B0278FB920 | 10-20-2020<br>05:56:06 | Blacked<br>Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash:<br>72555676245CA53C457541455A41821330714A7A<br>File Hash:<br>4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 10-20-2020<br>05:55:16 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 28 | Info Hash:<br>8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash:<br>A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 10-20-2020<br>05:54:18 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 29 | Info Hash:<br>175677E8F1B45C13D75EDC9C127BF332EBD81A7D<br>File Hash:<br>736024B7E92900C1204DD79CF9BB525D5785A692520D88113E3E705950D74735 | 10-13-2020<br>03:25:16 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 30 | Info Hash:<br>9352D370D33CC9FA273FC8B6E660F317B53AB89A<br>File Hash:<br>444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10-06-2020<br>06:43:49 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |